UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY LALO CORREA,

        Petitioner,

   v.

CONNIE GIPSON, Warden,

        Respondent.

No. C-12-5396 EMC (pr)

**ORDER OF TRANSFER**

    Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the Sacramento County Superior Court. Sacramento County lies within the venue of the Eastern District of California. Petitioner is confined at the Corcoran State Prison in Kings County, also within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Here, the proper venue is the Eastern District of California because Petitioner was convicted and is confined in that district. Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

Dated: October 29, 2012

                                                               EDWARD M. CHEN
                                                              United States District Judge